# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Monnathy L Nambounmy,<br>　　　Petitioner,<br>v.<br>John E Cantu, et al.,<br>　　　Respondents. | No. CV-25-03294-PHX-DJH (ASB)<br>**ORDER** |

Petitioner Monnathy Nambounmy, who is currently confined in the San Luis Regional Detention Center,[1] filed Petition[2] under 28 U.S.C. § 2241 and Complaint for Injunctive and Declaratory Relief (Doc. 1) and paid the filing fee for a habeas corpus action. Petitioner also filed a Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2).[3] The Court will require an expedited answer to the Petition and motion for injunctive relief.

Petitioner names as Respondents Immigrations and Customs Enforcement Phoenix Field Office Director John Cantu and Acting Director Todd Lyons; U.S. Department of Homeland Security Secretary Kristi Noem; San Luis Regional Detention Center Warden David R. Rivas; U.S. Department of Homeland Security; and U.S. Immigration and Customs Enforcement.

---

[1] The Petition notes Petitioner is a resident of San Diego, California. The Court interprets that as prior to his detention.
[2] The Court notes Petitioner filed both a Petition and Complaint but for clarity will refer to the pleading as a Petition.
[3] Petitioner also filed a motion seeking leave to exceed the page limit for his motion for injunctive relief. The request will be granted.

1    Petitioner is a native and citizen of Laos who entered the United States as a refugee
2 at age one. (Doc. 1 ¶ 18.) In 1997, he was convicted of attempted murder and sentenced
3 to five years in prison. (*Id.* ¶ 28.) He was eventually ordered removed on August 9, 2001;
4 petitioner did not file an appeal. (*Id.* ¶ 30.) Petitioner was not removed to Laos because
5 Laos would not accept him. (*Id.* ¶ 31.) Petitioner was released from immigration custody
6 in November 2001, was convicted of attempted burglary in 2005, and was held in
7 immigration detention for periods in 2005 and 2011. (*Id.* ¶¶ 33-35.) His last order of
8 supervision was issued on February 19, 2016. (*Id.* ¶ 36.) He has complied with all of its
9 requirements since that time and is now the primary earner and caretaker for his wife and
10 child who have serious health conditions. Petitioner appeared for his annual check-in on
11 July 3, 2025, after having applied for a Stay of Deportation or Removal. (*Id.* ¶ 37.) On
12 that day, an ICE officer verbally approved his I-246 application in the presence of counsel.
13 (*Id.*) Petitioner later received a letter instructing him to appear for another check in on July
14 30, 2025, at which time he was told his approved I-246 was revoked and he was taken into
15 custody. (*Id.* ¶¶ 38-39.) He has not been provided any notice of the reason for his
16 redetention. (*Id.* ¶ 41.) Because he has been previously unable to be removed to Laos,
17 which does not have a repatriation agreement with the United States, Petitioner does not
18 believe his removal is reasonably likely to occur in the near future. Petitioner therefore
19 alleges his ongoing detention violates his rights under the Fifth Amendment, 8 U.S.C. §
20 1231(a), 8 C.F.R. § 241.13, and the Administrative Procedure Act. He also alleges the
21 potential for third country removal violates his rights under the Fifth Amendment, 8 U.S.C.
22 § 1231, the Convention Against Torture, and the Administrative Procedures Act. Finally,
23 Petitioner contends the removal to a third country would constitute punitive third country
24 banishment in violation of the Fifth and Eighth Amendments.

25    The Court will require Respondents to answer the Petition and Motion on an
26 expedited basis.

27 ///
28 ///

**IT IS ORDERED:**

(1) Petitioner's Motion to Exceed the Page Limit for his Motion for Temporary Restraining Order (Doc. 2) is **granted**.

(2) Counsel for Petitioner must immediately serve the Petition upon Respondents.

(3) If not already issued, the Clerk's Office must issue any properly completed summonses.

(4) The Clerk of Court must immediately transmit by email a copy of this Order and a copy of the Petition and Motion for Temporary Restraining Order and Preliminary Injunction to the United States Attorney for the District of Arizona, to the attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, and Lon Leavitt at lon.leavitt@usdoj.gov.

(5) Respondents must respond to the motion no later than September 17, 2025. Petitioner may file a reply no later than September 19, 2025.

(6) Respondents must answer the petition within twenty (20) days of the date of service.

(7) Petitioner may file a reply within ten (10) days from the date of service of the answer.

Dated this 11th day of September, 2025.

Honorable Diane J. Humetewa
United States District Judge